110 F.3d 61
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff--Appellee,
v.
Paul A. LEE, Defendant--Appellant.
 No. 96-6905.
 United States Court of Appeals, Fourth Circuit.
 Argued March 31, 1997.
Decided April 9, 1997.
 
 Paul A. Lee, Appellant Pro Se. Robert H. McWilliams, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.
 Before HALL, HAMILTON, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West 1994 & Supp.1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Lee, Nos. CR-89-273; CA-95-76-5 (N.D.W.Va. May 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED